UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENI LAMONT PAULK II,<br>        Petitioner<br>        v.<br>UNKNOWN,<br>        Respondent. | Case No. 5:19-cv-01506-FMO (GJS)<br><br>JUDGMENT |

Pursuant to the Court's Order: Dismissing Petition With Prejudice For Untimeliness; And Denying Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: October 9, 2019.

                                              _____/s/_____
                                              FERNANDO M. OLGUIN
                                              UNITED STATES DISTRICT JUDGE